UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN TAN,                                                  :
                                    Plaintiff,              :
                                                            :           23 Civ. 8469 (LGS)
                  -against-                                 :
                                                            :                 ORDER
SHEIN DISTRIBUTION CORP., et al.,                           :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 22, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the November 22, 2023, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. The case management plan and scheduling order will issue separately after the Court decides whether discovery will be stayed upon Defendant Shein Distribution Corp.'s filing of any pre-motion letter for an anticipated motion to dismiss. As directed in Dkt. 18, Defendant Shein Distribution Corp. shall answer or otherwise respond to the Complaint by December 13, 2023. It is further

**ORDERED** that by **December 6, 2023**, Defendant Shein Distribution Corp. shall file any motion to transfer venue, with a memorandum of law. Plaintiff shall file any opposition by **December 15, 2023**. Defendant Shein Distribution Corp. shall file any reply by **December 22,**

**2023**.  The parties shall comply with the Court's Individual Rules in filing their motion and supporting papers.  It is further

**ORDERED** that by, **December 1, 2023**, Plaintiff shall file a status letter regarding his efforts to serve Defendants Zoetop Business Co. Limited and Roadget Business Pte. Ltd.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: November 20, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE